UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

In the matter of SARASOTA YOUTH SAILING, INC., as owner of the Caribe I, a 2011 Caribe DL20 motor vessel bearing hull identification number EMDU0004K011 and Florida Registration: FL 6031, together with its Engines, Tackle, Appurtenances, Equipment, & Etc., in a cause for Exoneration from or Limitation of Liability,

Case No: 8:21-cv-150-CEH-CPT

Petitioner,

_____

**FINAL DEFAULT JUDGMENT
AS TO ALL NON-FILING CLAIMANTS**

This cause came before the Court upon the Court's Order granting Petitioner's Unopposed Motion for Final Default Judgment as to all Non-Filing Claimants. Doc 43. Accordingly, it is hereby

**ORDERED and ADJUDGED**:

1. Final default judgment is hereby entered against all claimants who have not filed claims in this action. Petitioner and its vessel *Caribe I* together with its master and crew are hereby exonerated from any responsibility, loss, damage or injury from any and all claims arising out of the incident described in the Petition for exoneration from or limitation of liability,

except for those claims timely filed by the following Claimants: Estate of Ethan Max Isaacs, Riley Baugh, and Lauren Taylor Nock.

2. Specifically excluded from this Final Default Judgement are Claimants Estate of Ethan Max Isaacs, Riley Baugh, and Lauren Taylor Nock, whose claims remain active and pending.

**DONE AND ORDERED** in Tampa, Florida on September 20, 2021.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any