UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARASOTA YOUTH SAILING, INC.,

    Petitioner,

v.                                                                Case No: 8:21-cv-150-CEH-CPT

UNKNOWN CLAIMANTS,

    Defendant.
_____/

## ORDER

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on November 9, 2022 (Doc. 73). In the Report and Recommendation, Magistrate Judge Tuite recommends that (1) Claimants' Eugene Nock and Jessica Nock['s], as Parents and Natural Guardians of L.T. Nock[,] Amended Petition for Approval of Minor's Settlement (Doc. 56) be granted; and (2) the settlement documents (Docs. S-54-2, S-69) be accepted, adopted, and approved by the Court, and the parties be ordered to comply with their terms. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). On November 11, 2022, the parties filed a Notice of No Objections to the Magistrate's Report and Recommendation. *See* Doc. 76.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 73) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Claimants' Eugene Nock and Jessica Nock['s], as Parents and Natural Guardians of L.T. Nock[,] Amended Petition for Approval of Minor's Settlement (Doc. 56) is GRANTED.

(3) The settlement documents (Docs. S-54-2, S-69) are accepted, adopted, and approved by the Court. The parties are ordered to comply with their terms.

**DONE AND ORDERED** at Tampa, Florida on November 15, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record