UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN ADMIRALTY

In the matter of SARASOTA YOUTH
SAILING, INC., as owner of the
Caribe I, a 2011Caribe DL20 motor
vessel bearing hull identification number
EMDU0004K011 and Florida Registration:   Case No: 8:21-cv-150-CEH-CPT
FL 6031, together with its Engines, Tackle,
Appurtenances, Equipment, & Etc., in a
cause for Exoneration from or Limitation
of Liability,

      Petitioner,

---

### ORDER OF DISMISSAL WITH PREJUDICE

This Cause is before the Court upon the Stipulations for Dismissal with Prejudice between Petitioner Sarasota Youth Sailing, Inc., and Claimants Jessica and Eugene Nock, as parents and natural guardians of Lauren-Taylor Nock; and between Petitioner Sarasota Youth Sailing, Inc., and Claimant Riley Baugh. Doc. 78. The Court has carefully reviewed the Stipulations, the record in this case, and is otherwise fully advised. Accordingly, it is

**ORDERED:**

1. The claims by Claimants Jessica and Eugene Nock, as parents and natural guardians of Lauren-Taylor Nock are hereby **DISMISSED, with prejudice**;

2. The claims by Claimant Riley Baugh are hereby **DISMISSED, with prejudice**;

3. The Parties to the Stipulations are responsible for their own attorney's fees and costs.

4. This Order shall not effect or inhibit the claims being brought against Riley Baugh individually in the case styled *EUGENE NOCK and JESSICA NOCK, as parents and natural guardians of LAUREN-TAYLOR NOCK, a minor child,* Case Number: 2021CA2044 NC, currently pending in the Twelfth Judicial Circuit in and for Sarasota County, Florida.

5. This Order concludes this litigation, and the Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on November 28, 2022.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record
Unrepresented parties, if any